**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2023

| | |
|---|---|
| ANNALISA KELL, on behalf of herself and all others similarly situated,<br><br>             Plaintiff,<br><br>      - against -<br><br>LILY'S SWEETS, LLC, & THE HERSHEY COMPANY<br><br>             Defendants. | **23 Civ. 0147 (VM)** |
| KEVIN ROSS, individually and on behalf of a class of similarly situated persons,<br><br>             Plaintiff,<br><br>      - against -<br><br>THE HERSHEY COMPANY,<br><br>             Defendant. | **23 Civ. 2121 (VM)** |

**VICTOR MARRERO, United States District Judge.**

    Upon review of the complaints and other papers filed with the Court in connection with the two cases captioned above, the Court noted that in all material respects the complaints describe the same or substantially similar underlying events arising out of the same or substantially similar operative facts, and assert the same or substantially similar claims against the same or substantially similar defendants. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate these actions for pretrial purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the lower numbered case, 23 Civ. 0147; and it is finally

**ORDERED** that the Clerk of Court close the above-referenced higher numbered case, 23-Civ. 2121, as a separate action and remove it from the Court's docket.

**SO ORDERED.**

Dated:   March 24, 2023
         New York, New York

_____
Victor Marrero
U.S.D.J.