**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ANNALISA KELL,

                     Plaintiff,

        -against-                                23 **CIVIL** 147 (VM)

                                                                     **JUDGMENT**

LILY'S SWEETS, LLC and THE HERSHEY
COMPANY,

                     Defendants.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated March 13, 2024, the motion filed by defendants Lily's Sweets, LLC and The Hershey Company to dismiss the Complaint, pursuant to Federal Rule of Civil Procedure Rule 12(b)(1) is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       March 13, 2024

                                                                      **RUBY J. KRAJICK**
                                                                      **Clerk of Court**

                      **BY:**      *K. Mango*

                                                                      **Deputy Clerk**